1  Harris Zimmerman, CSB No. 22633
   Michael James Cronen, CSB No. 131087
2  Law Offices of Harris Zimmerman
   1330 Broadway, Suite 710
3  Oakland, CA 94612
   Telephone: (510) 465-0828
4  Fax: (510) 465-2041
   email: mcronen@zimpatent.com
5
   Attorneys for Plaintiff
6  The Hermetic Order of The Golden Dawn

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 THE HERMETIC ORDER OF THE GOLDEN  )
   DAWN, INC.,                      )
12                                  )   Case No:    C05-00432 JSW
                  Plaintiff,        )
13                                  )
   v.                               )   [PROPOSED] ORDER CONTINUING
14                                  )   CASE MANAGEMENT CONFERENCE
   DAVID J. GRIFFIN,                )   AND REQUIRING JOINT CASE
15                                  )   MANAGEMENT CONFERENCE
                  Defendant.        )   STATEMENT
16 _____)

17       Plaintiff, Hermetic Order Of The Golden Dawn, Inc., has filed an Ex Parte Application To

18 Continue Case Management Conference, and the Court having considered the Application, and having

19 found that good cause has been shown, the motion is GRANTED, and the Case Management

20 Conference shall be continued to August 26, 2005, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal

21 Building, 450 Golden Gate Avenue, San Francisco, California. All service requirements, deadlines and

22 other matters set forth in the Court's previously entered Order Setting Case Management Conference

23 And Requiring Joint Case Management Conference Statement shall be continued in accordance with

24 the date for the Case Management Conference.

25 **IT IS SO ORDERED.**

26

27 Dated: April 29, 2005            /s/ Jeffrey S. White
                                    JEFFERY S. WHITE
28                                  UNITED STATES DISTRICT JUDGE