UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE
GOLDEN DAWN, INC.

        Plaintiff(s),

        v.

DAVID J. GRIFFIN

        Defendant(s).

CASE NO. C05-00432 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JORGE HEVIA, III, Esq._____, an active member in good standing of the bar of Florida_____, whose business address and telephone number is 1440 Brickell Bay Dive, #309, Miami, Florida 33131; (305) 539-1847; (305) 205-9679_____

_____,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 1 3 2005

JEFFREY S. WHITE
United States District/Magistrate Judge