IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. GRIFFIN, <br><br> Defendant. | No. C 05-00432 JSW <br><br> **ORDER TO SHOW CAUSE RE PRO HAC VICE APPEARANCE** |

On June 13, 2005, this Court granted the application of Jorge Hevia, III, Esq. to appear *pro hac vice*. That Order was based upon the representation in Mr. Hevia's application that Stuart I. MacKenzie, Esq. was to be designated as co-counsel. (Docket No. 13.)

On June 17, 2005, the Court received a letter dated June 16, 2005, from Mr. MacKenzie, in which Mr. MacKenzie stated that he is not willing to become co-counsel in this case but that he is willing to sponsor Mr. Hevia's *pro hac vice* application. However, under Local Rule 11-3, which governs *pro hac vice* appearances in this Court, the designated member of the California bar must be designated as *co-counsel*. N.D. Civil L.R. 11-3(a)(3). Further, service upon or communications with designated counsel are deemed to constitute notice to the party represented by the attorney admitted *pro hac vice*. N.D. Civ. L.R. 11-3(e).

Accordingly, the Court HEREBY ORDERS Mr. Hevia to show cause, in writing, as to why his pro hac vice appearance should not be revoked. The Court FURTHER ORDERS Mr. MacKenzie to show cause, in writing, why he should not be held to the requirements of Local Rule 11-3(a).

Counsel shall submit their responses to this Court by no later than Friday, June 24, 2005.

**IT IS SO ORDERED.**

Dated: June 17, 2005

   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE