IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff,

  v.

DAVID J. GRIFFIN,

    Defendant.

No. C 05-00432 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE RE PRO HAC VICE APPEARANCE AS TO JORGE HEVIA, III, ESQ.**

On June 17, 2005, the Court issued an Order to Show Cause to Jorge Hevia, III, Esq. and Stuart I. MacKenzie, Esq. regarding Mr. Hevia's application to appear *pro hac vice*. The Court has received Mr. Hevia's response. This Order shall and does supersede the timing set forth in the Order discharging the order to show cause as to Mr. MacKenzie. Mr. MacKenzie is immediately relieved of his obligations in this action.

The Court HEREBY DISCHARGES the Order to Show Cause as to Mr. Hevia. Defendant Griffin is advised that if he wishes to continue to have Mr. Hevia represent him, Mr. Hevia must resubmit an application to appear *pro hac vice* and find a member of the California bar who is willing to act as co-counsel in this case pursuant to Local Rule 11-3(a)(3), by **August 1, 2005.** If Mr. Hevia has not resubmitted his application by that time, his *pro hac vice* appearance shall be revoked, and Mr. Griffin will be required to obtain new counsel, appear

*pro se*, or run the risk that a default judgment may be entered against him if he does not continue to defend this action.

**IT IS SO ORDERED.**

Dated: June 27, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE