IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMETIC ORDER OF THE GOL,

    Plaintiff,

v.

DAVID J. GRIFFIN,

    Defendant.

No. C 05-00432 JSW

**ORDER SETTING BRIEFING SCHEDULE**

The parties have filed motions for default judgment, motions for relief from default, and a motion to dismiss, all currently set for hearing on September 30, 2005. The Court HEREBY ORDERS that oppositions to these motions shall be due on August 19, 2005, and replies, if any, shall be due on August 26, 2005. If the Court determines that the matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE