```
 1  Jorge Hevia, III
    Fla. Bar No. 0100511
 2  Pro Hoc Vice
    1440 Brickell Bay Drive, #309
 3  Miami, Florida 33131
    (305) 539-1847
 4

 5

 6                    UNITED STATES DISTRICT COURT

 7                   NORTHERN DISTRICT OF CALIFORNIA

 8

 9  THE HERMETIC ORDER OF THE GOLDEN    ) Case No.:  CO5-00432
                                        )
10  DAWN, INC.,                         ) [PROPOSED] ORDER GRANTING DEFENDANT'S
                                        ) EX PARTE MOTION TO RECONSIDER TIMING
11        Plaintiff,                    ) ON COURT'S ORDER OF DISCHARGE DATED
                                        ) JUNE 27, 2005.
12     vs.                              )
                                        )
13  DAVID J. GRIFFIN,                   )
                                        )
14        Defendant                     )
                                        )
15

16       Defendant, David J. Griffin, by and through his attorney, Jorge

17    Hevia, III, Pro Hoc Vice, has filed an EX PARTE MOTION TO RECONSIDER

18    TIMING ON COURT'S ORDER OF DISCHARGE DATED JUNE 27, 2005, in the above-

19    styled case, and the Court having considered Defendant's Ex Parte

20    Motion, Defendant's Ex Parte Motion is GRANTED, and the time frame

21    provided Defendant in the Court's Order of Discharge dated June 27,

22    2005 is expanded from August 1, 2005 to August 8, 2005.

23  IT IS SO ORDERED.

24  Dated: July 29, 2005                    /s/ Jeffrey S. White
                                            _____
25                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
26
```

[PROPOSED] ORDER