# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

The Hermetic Order of the Golden Dawn, Inc
          Plaintiff(s),

v.

David John Griffin
          Defendant(s).

CASE NO. c 05-00432 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jorge Hevia III, an active member in good standing of the bar of Florida, whose business address and telephone number is 1440 Brickell Bay Drive Suite 309 Miami Florida, 33131 (305)-539-8147 (305)-205-9679, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing David John Griffin.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_/s/ Jeffrey S. White_
Jeffrey S. White
United States District Judge