Jorge Hevia, III
Florida Bar No. 0100511
Pro Hac Vice
1440 Brickell Bay Drive, #309
Miami, Florida 33131
Telephone: (305) 205-9679
Telefax: (305) 539-1847/305) 375-8230

Attorney for Defendant/Counter-Claimant
David John Griffin

In The United States District Court for the Northern District of California

| | |
|---|---|
| The Hermetic Order of the Golden Dawn, Inc., | Case No.: No. CO5-00432 JSW |
| Plaintiff/Counter-Defendant, | Stipulation for Order Extending Time to Complete Mediation (Civil L.R. 7-12) |
| vs. | **AND ORDER THEREON** |
| David John Griffin, | |
| Defendant/Counter-Claimant | |

It is hereby stipulated by the parties to the above-captioned litigation, by and through their undersigned attorneys, that the date for mediation to be conducted shall be extended to June 10, 2006. This stipulated request is accompanied by the Declaration of David John Griffin in Support of Stipulation filed herewith in accordance with Civil L.R. 7-12 and incorporated herein by reference.

| | |
|---|---|
| /s/ Jorge Hevia, III <br> Jorge Hevia, III, Esq. <br> Florida Bar No. 0100511 <br> Pro Hac Vice | /s/ Michael James Cronen <br> Michael James Cronen, Esq. <br> Zimmerman & Cronen, L.L.P. <br> 1330 Broadway, #710 |

|   |   |
|---|---|
| 1440 Brickell Bay Drive, #309<br>Miami, Florida 33131<br>Telephone: (305) 205-9679<br>Telefax: (305) 539-1847/<br>(305) 375-8230 | Oakland, California 94612<br>Telephone: (510) 465-0828<br>Telefax: (510) 465-2041 |
| Attorney for Defendant/<br>Counter-Claimant David John Griffin | Attorney for Plaintiff/<br>Counter-Defendant<br>The Hermetic Order of the Golden Dawn, Inc. |

Pursuant to this Stipulation, it is so ORDERED:

Dated: March 29, 2006

_____
Jeffrey S. White
United States District Judge