IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff,

  v.

DAVID J. GRIFFIN,

    Defendant.

No. C 05-00432 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On October 3, 2006, Defendant and Counter-claimant David J. Griffin ("Griffin") filed a motion for summary judgment and noticed it for hearing on December 1, 2006. The Court HEREBY ISSUES the following briefing schedule, which shall supersede the briefing schedule set forth in Northern District Civil Local Rule 7-3.

Plaintiff's opposition shall be due on October 24, 2006, and Griffin's reply brief shall be due on November 7, 2006.

**IT IS SO ORDERED.**

Dated: October 4, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE