IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. GRIFFIN, <br><br> Defendant. | No. C 05-00432 JSW <br><br> **ORDER DIRECTING DEFENDANT TO RE-FILE MOTION FOR SUMMARY JUDGMENT** |

On October 3, 2006, Defendant and Counter-claimant David J. Griffin ("Griffin") filed a motion for summary judgment. Defendant's motion and the supporting declarations do not comply with the requirements of Local Rule 3-4(c)(2), which provides that printed text in papers submitted for filing may not be smaller than 12 point standard font. Accordingly, Defendant is directed to re-file the motion in accordance with Local Rule 3-4(c)(2). Defendant shall refile his motion by no later than October 11, 2006. The briefing schedule issued by this Court remains unchanged. Defendant shall also provide new chambers copies of these documents, and shall bind the exhibits to the Declaration of David John Griffin, in accordance with the terms of Local Rule 3-4(c)(1).

**IT IS SO ORDERED.**

Dated: October 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28