IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff,

v.

DAVID J. GRIFFIN,

    Defendant.

No. C 05-00432 JSW

**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On October 13, 2006, Plaintiff filed a motion for summary judgment and noticed it for hearing on November 17, 2006, a date that is unavailable to the Court. Accordingly, the hearing is HEREBY CONTINUED to December 1, 2006, the date on which Defendant's motion for summary judgment is scheduled to be heard.

Defendant's opposition shall be due on October 31, 2006, and Plaintiff's Reply shall be due on November 14, 2006.

**IT IS SO ORDERED.**

Dated: October 16, 2006

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE