**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br>         Plaintiff/Counter-Defendant, <br><br>    v. <br><br> DAVID JOHN GRIFFIN, <br><br>         Defendant/Counter-Plaintiff. <br> _____/ | No. C 05-00432 JSW <br><br> **ORDER RE PLAINTIFF'S MOTION TO STRIKE GRIFFIN DECLARATION AND DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |

On October 26, 2006, in connection with pending motions for summary judgment, Plaintiff filed a motion to strike the declaration of David John Griffin, submitted in support of Defendant's motion for summary judgment. In response, Griffin has submitted a motion for administrative relief, in which he asks the Court to be heard on Defendant's motion to strike, to maintain the current briefing schedule, and to not hear Plaintiff's motion on the ground that it was not noticed for hearing on a date within the time for filing set forth in the Northern District Civil Local Rules.

The Court finds that a response from Plaintiff with respect to Defendant's administrative motion is not required. Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court will address the motion to strike the Griffin declaration in conjunction with the pending motions for summary judgment. Defendant may submit any argument in opposition to that motion with his reply supporting his motion for summary judgment. Such opposition, however, shall not exceed 5 pages. A

reply from Plaintiff to the motion to strike shall not be permitted, unless requested by the Court.

2. If Defendant has evidentiary objections to evidence submitted by Plaintiff in support of its motion for summary judgment, he shall submit a motion to strike and/or objections with his opposition to that motion, such motion to strike not to exceed five pages. Plaintiff may file an opposition to that motion with its reply, such opposition not to exceed five pages. A reply from Defendant from any motion to strike filed by Plaintiff shall not be permitted, unless requested by the Court.

3. All filing deadlines with respect to the pending motions remain unchanged and the hearing remains set for December 1, 2006 at 9:00 a.m.

4. Defendant's request to deny Plaintiff's motion on the grounds that Plaintiff did not file the motion in a timely fashion is DENIED. Plaintiff filed its motion on October 13, 2006, and noticed it for hearing on November 17, 2006, which is within the 35 days contemplated by the Local Rules.

**IT IS SO ORDERED.**

Dated: October 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2