**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff/Counter-Defendant,

v.

DAVID JOHN GRIFFIN,

    Defendant/Counter-Plaintiff.

_____/

No. C 05-00432 JSW

**ORDER RE DEFENDANTS' MOTIONS**

    On November 19, 2006 and November 20, 2006, Defendant filed: (1) a motion to strike the supplemental declaration of Michael Cronen; (2) a motion to strike Plaintiff's reply brief; (3) the motion to strike the supplemental declaration of Charles Cicero; (4) the motion to admit Plaintiff's mediation brief; and (5) Defendant's request for judicial notice.

    Plaintiff shall file any opposition to these motions by 10:00 a.m. on November 28, 2006, and shall cause a copy of those oppositions to be hand delivered to the Court's chambers at that time. The Court does not require a reply from the Defendant.

    Finally, the Court HEREBY ADVISES the parties that the briefing in this matter is now closed, and there shall be no further submissions accepted with respect to the pending motions

for summary judgment.

**IT IS SO ORDERED.**

Dated: November 20, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE