IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff/Counter-Defendant,

v.

DAVID JOHN GRIFFIN,

    Defendant/Counter-Plaintiff.

No. C 05-00432 JSW

**ORDER ON DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF**

On November 20, 2006, the Court issued an Order regarding the motions filed by Defendant on November 19 and 20, 2006, requiring a response from Plaintiff by November 28, 2006. In that Order, the Court stated that it did not require a reply from Defendant. On November 25, 2006, Defendant filed a motion for administrative relief in which he seeks "guidance and clarification" as to whether a reply brief would be accepted. The answer to that question is no. As such, Defendant's motion for administrative relief is GRANTED to the extent it sought clarification of the Court's previous Order and is DENIED to the extent Defendant seeks to file a reply brief.

**IT IS SO ORDERED.**

Dated: November 27, 2006

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE