IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID GRIFFIN, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS <br> _____/ | No. C 05-00432 JSW <br><br> **ORDER DIRECTING PARTIES TO HAVE CLIENT REPRESENTATIVES APPEAR AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

The parties are HEREBY ORDERED to have their clients and/or client representatives present at the hearing set for December 1, 2006 on the parties' motions for summary judgment. If a client or client representative is unable to appear in person, they may be available by telephone and in such event counsel should file a notice with the Court providing a telephone number, other than a mobile phone, at which their client may be reached.

**IT IS SO ORDERED.**

Dated: November 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE