Harris Zimmerman, California State Bar No. 22653
Michael James Cronen, California State Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
telephone:510.465.0828
facsimile:510.465.2041

Attorneys for Plaintiff,
The Hermetic Order of the Golden Dawn, Inc.

Jorge Hevia, Esq.
1440 Brickell Bay Drive, #309
Miami, Florida 33131
telephone:  305.539.1847
facsimile:   305.539.1847

Attorney for Defendant,
David J. Griffin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., | Case No: C 05-00432 JSW |
| Plaintiff, | STIPULATION TO WAIVE JURY TRIAL AND REQUEST FOR ORDER GRANTING CIVIL BENCH TRIAL |
| v. | |
| DAVID J. GRIFFIN, | |
| Defendant. | (Civil L.R. 7-12) |

It is hereby stipulated by and between the parties to this litigation, through their respective counsel, that the demand for jury in this case be withdrawn, that the parties hereby waive their right to jury trial, and the parties hereby respectfully request a civil bench trial in this case in

Stipulation For Bench Trial        1

1 accordance with the Court's Guidelines For Trial And Final Pretrial Conference In Civil Bench
2 Cases Before The Honorable Jeffrey S. White.

3

4 By: /s/ Michael James Cronen
Michael James Cronen, Esq.
5 ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
6 Oakland CA 94612
telephone:510.465.0828
7 facsimile:510.465.2041

By: /s/ Jorge Hevia
Jorge Hevia, Esq.
1440 Brickell Bay Drive, #309
Miami, Florida 33131
telephone: 305.539.1847
facsimile:  305.539.1847

8 Attorneys for Plaintiff,
The Hermetic Order of the Golden Dawn, Inc.

Attorney for Defendant,
David J. Griffin

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 Dated: December 11, 2006

_____
United States District Court Judge

28 Stipulation For Bench Trial                           2