IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff,

v.

DAVID J. GRIFFIN,

    Defendant.

No. C 05-00432 JSW

**ORDER SETTING TELEPHONE CONFERENCE WITH PARTIES**

In light of the parties' recent stipulation to proceed by way of a bench trial, the Court HEREBY ORDERS that counsel for the parties shall participate in a telephone conference on December 20, 2006 at 10:00 a.m. Counsel each shall file a notice with the Court as to a telephone number, other than a cell phone, at which they can be reached on that date. If the parties are not available on that date and time, they shall submit a joint request to reschedule the telephone conference prior to the pretrial conference.

**IT IS SO ORDERED.**

Dated: December 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE