```
 1
 2
 3
 4
 5
 6                         IN THE UNITED STATES DISTRICT COURT
 7
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8
 9   THE HERMETIC ORDER OF THE GOLDEN
     DAWN, INC.,
10                                                    No. C 05-00432 JSW
             Plaintiff,
11                                                    ORDER RE DEFENDANT'S
        v.                                            MOTION FOR
12                                                    ADMINISTRATIVE RELIEF
     DAVID J. GRIFFIN,
13
             Defendant.
14
                                              /
15
```

United States District Court

16     The Court has received Defendant's motion for administrative relief requesting

17 clarification of this Court's Order following the telephone conference held on January 3, 2007.

18 Following that conference, the Court ordered the parties to submit Joint Proposed Findings of

19 Fact and Conclusions of Law.  To the extent there are factual findings or conclusions of law

20 upon which the parties cannot agree, their *joint* filing shall contain sections setting forth each

21 party's respective position.  To the extent the parties have not yet meet and conferred on such

22 joint findings of fact and conclusions of law, they shall do so following the settlement

23 conference, if it is not successful.  The Court shall grant Defendant's request to extend the

24 deadline for submission of the proposed joint findings of fact until 12:00 p.m. on January 19,

25 2007.  The deadlines for the parties supplemental trial briefs remain unchanged.

26     In the future, if any party is unclear about any of this Court's Orders, any request for

27 clarification should be made well in advance of approaching deadlines, such that there is no

28

1  further delay in this matter.

2  **IT IS SO ORDERED.**

4  Dated: January 16, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California