IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. GRIFFIN,<br><br>Defendant.<br>_____/ | No. C 05-00432 JSW<br><br>**ORDER RE SETTLEMENT** |

The Court has been advised that this matter has settled. Accordingly, all pending dates and deadlines are HEREBY VACATED, and the parties are HEREBY ORDERED to submit a joint status report by January 22, 2007, advising the Court when they expect the dismissal to be filed.

**IT IS SO ORDERED.**

Dated: January 18, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE