IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID J. GRIFFIN,<br><br>    Defendant.<br>_____/ | No. C 05-00432 JSW<br><br>**ORDER RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |

The Court having been advised that this matter was fully settled before Magistrate Judge James on January 17, 2007, and that the settlement was memorialized in writing and set forth on the record, this Court issued an Order requesting a joint status report as to when the parties expected the matter to be dismissed. The Court received a belated status report, which advised that the parties expected to file a dismissal by February 1, 2007.

The Court has received Defendant/Counterclaimant David J. Griffin's motion for administrative relief with respect to the form of dismissal to be filed with the Court. The Court does not require a response from Plaintiff/Counterdefendant.

The Court HEREBY ORDERS the parties to continue to meet and confer regarding a mutually acceptable form of dismissal. However, if the parties are unable to reach an agreement by Friday, February 9, 2007, they shall file a notice which states simply that they have not agreed upon a form of dismissal. Upon receipt of such a notice, the Court shall dismiss this action (including all claims and counterclaims) with prejudice. In that Order, the Court shall note the dismissal is "pursuant to the terms of the Settlement Agreement entered on January 17,

1  2007," and shall state in the Order of Dismissal that the Court shall retain jurisdiction over the
2  matter to enforce the Settlement Agreement upon a motion brought by either party.

4  **IT IS SO ORDERED.**

6  Dated: February 2, 2007

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California