**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN
DAWN, INC.,

        Plaintiff,

    v.

DAVID J. GRIFFIN,

        Defendant.

_____/

No. C 05-00432 JSW

**ORDER DISMISSING CASE
FOLLOWING SETTLEMENT**

    Having submitted themselves to the jurisdiction of this Court, the parties resolved this matter following a settlement conference before Magistrate Judge James on January 17, 2007, at which a settlement was memorialized in writing and set forth on the record. Accordingly, because the parties have been unable to agree on a form of dismissal, it is HEREBY ORDERED that pursuant to the terms of the Settlement Agreement entered on January 17, 2007, all claims and counterclaims in this matter are HEREBY DISMISSED WITH PREJUDICE. Each party shall bear its or his own fees and costs. The Court shall retain jurisdiction over the matter to enforce the Settlement Agreement upon a motion brought by either party. The Court reserves the right to refer this matter to Magistrate Judge James for a report and recommendation on any motion to enforce that is filed by the parties.

    **IT IS SO ORDERED.**

Dated: February 12, 2007

                            _____
                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE