IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. GRIFFIN, <br><br> Defendant. <br> _____ / | No. C 05-00432 JSW <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF DATED FEBRUARY 12, 2007** |

On February 12, 2007, this Court dismissed this case pursuant to a settlement reached between the parties. After the Order of Dismissal was filed, Defendant submitted a Motion for Administrative Relief. The Court has considered the motion, and finds no good cause exists to grant the requested relief. Nor is a court order required to ensure that the parties can file, if they choose, motions under this case number now that the matter has been terminated and closed. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: February 16, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE