IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID J. GRIFFIN,<br><br>　　　　Defendant.<br>_____ / | No. C 05-00432 JSW<br><br>**ORDER REFERRING MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR REPORT AND RECOMMENDATION** |

Pursuant to this Court's Order dated February 12, 2007, the Court HEREBY REFERS Plaintiff's motion to enforce the settlement agreement in this matter to Magistrate Judge James for a report and recommendation on the motion. The hearing noticed for April 25, 2008 is HEREBY VACATED, and the parties shall be notified by Judge James of a new date and time for the appearance on the motion.

**IT IS SO ORDERED.**

Dated: February 26, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　Magistrate Judge James
　　　　Wings Hom