IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.., <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID J. GRIFFIN, <br><br> Defendant(s). | No. C 05-0432 JSW (MEJ) <br><br> **NOTICE OF REFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's Motion to Enforce Settlement Agreement (Doc. #170). Accordingly, the Court shall conduct a hearing on April 24, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendant shall file any opposition to Plaintiff's motion by April 3, 2008, and Plaintiff shall file any reply by April 10. The parties shall provide chambers copies of all filed documents.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: March 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge