IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.., <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID J. GRIFFIN, <br><br> Defendant(s). | No. C 05-0432 JSW (MEJ) <br><br> **ORDER VACATING HEARING RE: PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** <br><br> **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

Pending before the Court is Plaintiff's Motion to Enforce Settlement Agreement (Doc. #170), which the Court has scheduled for a hearing on April 24, 2008. However, the Court is now in receipt of a request from Defendant David John Griffin to file a cross-motion to enforce. In keeping with the spirit of the parties' settlement agreement, the Court finds it appropriate to conduct a further settlement conference. Accordingly, the Court VACATES the April 24 hearing on Plaintiff's motion and ORDERS the parties to appear for a further settlement conference on April 14, 2008 at 2:00 p.m. The Settlement Conference shall take place in the undersigned's **chambers** (not the courtroom), located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival. Updated settlement conference statements shall be submitted (not filed) to chambers by April 7, 2008.

If either party is unavailable on April 14, the parties shall contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 to reschedule.

**IT IS SO ORDERED.**

Dated: March 11, 2008

MARIA-ELENA JAMES
United States Magistrate Judge