IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> DAVID J. GRIFFIN, <br><br> Defendant and Counterclaimant, <br>_____/ | No. C 05-00432 JSW <br><br> **ORDER DENYING WITHOUT PREJUDICE MOTION FOR JUDGMENT ON THE PLEADINGS** |

On May 12, 2008, Defendant and Counterclaimant David J. Griffin ("Griffin") filed a motion for judgment on the pleadings and noticed that motion for hearing on June 20, 2008. Griffin filed the motion before this Court following an Order issued by Magistrate Judge James striking similar motions filed on May 9, 2008.

Having reviewed the motion, it appears that Griffin's moves for an order granting motions that are currently pending before Magistrate Judge James based upon Plaintiff and Counterdefendant's apparent failure to file an oppositions to those motions. The Court appreciates that Griffin literally complied with Magistrate Judge James' directive to file a motion for judgment on the pleadings before this Court. However, Griffin can raise Plaintiff's alleged failure to respond to his motions at the hearing on the counter-motions to enforce the settlement agreement.

//

//

Therefore, Griffin's motion is DENIED WITHOUT PREJUDICE, and the hearing set for June 20, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: May 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE