IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.., <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID J. GRIFFIN, <br><br> Defendant(s). | No. C 05-0432 JSW (MEJ) <br><br> **ORDER CONTINUING HEARING RE: DEFENDANT'S MOTION FOR SANCTIONS AND CROSS-MOTIONS TO ENFORCE SETTLEMENT** |

pending before the Court are the parties' cross-motions to enforce the settlement agreement and Griffin's motion for sanctions, with a scheduled hearing date of May 29, 2008. Due to the undersigned's unavailability, the Court CONTINUES the hearing to June 5, 2008 at 10:00 a.m. in Courtroom B. Any replies must still be filed by May 15.

**IT IS SO ORDERED.**

Dated: May 15, 2008

MARIA-ELENA JAMES
United States Magistrate Judge