**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,

    Plaintiff and Counterdefendant,

v.

DAVID J. GRIFFIN,

    Defendant and Counterclaimant.

No. C 05-00432 JSW

**ORDER DENYING AS MOOT MOTION FOR ADMINISTRATIVE RELIEF (Docket No. 203)**

On May 20, 2008, Defendant and Counterclaimant David J. Griffin filed a motion for administrative relief before this Court that is "substantially the same" as a motion that he filed before Magistrate Judge Maria-Elena James on May 19, 2008. Griffin states that he filed the motion before this Court because of Judge James' unavailability. Judge James has now ruled on the first motion, therefore the motion filed before this Court is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: May 21, 2008

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE