IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERMETIC ORDER OF THE GOLDEN DAWN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID J. GRIFFIN,<br><br>    Defendant.<br>_____ / | No. C 05-00432 JSW<br><br>**ORDER DENYING MOTION FOR EXPANSION OF THE RECORD** |

    This matter comes before the Court upon consideration of David John Griffin's ("Griffin") motion for expansion of the record that the Court considers in reviewing the Report and Recommendation issued by Magistrate Judge James in which she recommends that the Court deny each parties' motion to enforce the settlement agreement reached in this matter, vacate the agreement, and place this matter back on the calendar for disposition on the merits.

    Pursuant to Northern District Civil Local Rule 72-3(b), "at the time a party files an objection or response, the party may make a motion for expansion or addition to the record of the proceedings before the Magistrate Judge." Griffin asks that "the record in this matter be expanded from the proceedings before the Honorable Magistrate Judge James to all papers, filings, and proceedings in the above styled action, including, but not limited to, proceedings of summary judgment cross-motions heard by the Honorable Judge Jeffrey S. White on December

1, 2006, ... papers submitted in the briefing thereto, and all preceding and subsequent papers, filings and proceedings in the above-styled action." (Docket No. 219 (Mot. at 2:19-3:1).)[1]

Griffin does not, however, explain why expansion of the record is necessary. In light of the fact that the only issues before the Court in connection with its review of Magistrate Judge James' Report and Recommendation are whether the parties entered into a binding settlement and whether that settlement should be enforced or, as Judge James recommends, should be set aside, the Court finds that consideration of the numerous pleadings submitted in this case prior to entry of the Settlement Agreement is not necessary. Accordingly, Griffin's motion is DENIED.

The Court also notes that unless it determines that a hearing on the objections to the Report and Recommendation is necessary, the Court will determine the matter on the papers. Accordingly, there shall be no hearing on August 22, 2008.

**IT IS SO ORDERED.**

Dated: June 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court appreciates Griffin's efforts to ensure his pleadings are as accurate as possible. However, the Court does not require that every minor typographical error be corrected once a pleading is filed. Proofreading and editing should take place prior to filing. Therefore, unless a typographical error is substantive in nature and correction is necessary to ensure that a parties' argument is set forth accurately, the Court requests that the parties refrain from filing corrected pleadings. (*See, e.g.,* Docket Nos. 217-220).

2